**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 467 MAL 2017
                                     :
            Respondent         :
                                       :    Petition for Allowance of Appeal from
                                       :    the Order of the Superior Court
            v.                       :
                                       :
                                     :
DAWUD MORRIS,                    :
                                     :
            Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.